ACCEPTED
06-15-00078-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/18/2015 2:51:09 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00078-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| **VS.** | § | **SIXTH COURT** | 9/18/2015 2:51:09 PM |
| | § | | DEBBIE AUTREY |
| **WILLIAM WHITE** | § | **OF APPEALS** | Clerk |

## FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes William White, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, under Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows :

1. This case is on appeal from the 336th Judicial District Court of Fannin County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. William White</u>, and numbered CR-14-25152.

3. Appellant was convicted of Possession of a Controlled Substance, less than 1 gram, Penalty Group 1, in a drug free zone, enhanced with a prior conviction.

4. Appellant was assessed a sentence of fifteen years on April 15, 2015.

5. Notice of appeal was given on May 12, 2015.

6. The clerk's record was filed on July 23, 2015 ; the reporter's record was filed on August 19, 2015.

7. The appellate brief is due on September 18, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. October 18, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is incarcerated.

11. Appellant relies on these facts as good cause for the requested extension:

Counsel has not had sufficient time to review the record, research the issues and write the brief because counsel has been engaged in the full time practice of law and representing indigents. In addition he has been active in preparation for trial in State of Texas v. Michael Winchester, a continuous sexual abuse of a child case pending in Fannin County, Texas; and, State of Texas v. Enrique Arochi, an aggravated kidnapping case pending in Collin County, Texas. In addition, counsel has been attempting to digest this Court's opinion in William Akin v. The State of Texas to write a motion for rehearing.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

STEVEN RICHARD MIEARS
POB 736
211 N. Main Street
BONHAM, TX 75418
Tel: 903 640 4963
Fax: 903 640 4964


By:_____
    Steven R. Miears
    State Bar No. 14025600
    stevemiears@msn.com
    Attorney for William White


## CERTIFICATE OF SERVICE

This is to certify that on September 18, 2015, a copy of the above and foregoing document was served on the District Attorney's Office, Fannin County, by electronic service through the Electronic Filing Manager.


_____
Steven R. Miears